IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JIMMY L. BENNETT, §<br>    Plaintiff, §<br> §<br>vs. §<br> § CAUSE NO. 4:16-cv-01737<br>CENTRAL MUTUAL INSURANCE §<br>COMPANY, CRUSE AND DICE §<br>INSURANCE AGENCY AND §<br>JERRY LEE GERRON, §<br>    Defendants. § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Defendant Cruse and Dice Insurance Agency and Plaintiff Jimmy L. Bennett hereby stipulate to the voluntary dismissal with prejudice of this matter. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and 41(c), Defendant Cruse and Dice Insurance Agency and Plaintiff Jimmy L. Bennett hereby stipulate to the voluntary dismissal with prejudice of (a) all claims asserted (or that could have been asserted) by Plaintiff Jimmy L. Bennett against Defendant Cruse and Dice Insurance Agency in this lawsuit and (b) all counter-claims asserted (or that could have been asserted) by Defendant Cruse and Dice Insurance Agency against Plaintiff Jimmy L. Bennett in this lawsuit.  Therefore, all claims asserted (or that could have been asserted) by Plaintiff Jimmy L. Bennett against Defendant Cruse and Dice Insurance Agency and all counter-claims asserted (or that could have been asserted) by Cruse and Dice Insurance Agency against Plaintiff Jimmy L. Bennett are hereby dismissed with prejudice, with each party to bear its own costs, if any.

SO STIPULATED, this the 20th day of July 2016.

Respectfully submitted,

_____
Bryant Fitts
State Bar No. 24040904
Federal ID No. 37350
Carla Delpit
State Bar No. 24082183
Federal ID No. 248226
**FITTS LAW FIRM, PLLC**
2700 Post Oak Blvd., Suite 1120
Houston, Texas  77056
Telephone:  (713) 871-1670
Facsimile:   (713) 583-1492
bfitts@fittslawfirm.com
cdelpit@fittslawfirm.com
**COUNSEL FOR PLAINTIFF**

And


          */s/ Thomas A. Culpepper*
Thomas A. Culpepper
State Bar No.:  05215650
Federal ID No.:  18254
**THOMPSON, COE, COUSINS & IRONS, L.L.P.**
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone:  (214) 871-8200
Facsimile:   (214) 871-8209
Email:  tculpepper@thompsoncoe.com
**COUNSEL FOR DEFENDANT**
**CRUSE AND DICE INSURANCE AGENCY**

## CERTIFICATE OF SERVICE

    The undersigned certifies that on the 20TH day of July, 2016, the foregoing pleading was delivered to the following counsel of record via electronic filing and e-mail in accordance with the Federal Rules of Civil Procedure:

Russell J. Bowman
800 West Airport Freeway, Suite 860
Irving, Texas  75062

                             */s/ Thomas A. Culpepper*
                            Thomas A. Culpepper