United States District Court
Southern District of Texas
**ENTERED**
July 22, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JIMMY L BENNETT, | § |
| Plaintiff, | § § |
| VS. | §   CIVIL ACTION NO. 4:16-CV-1737 |
| CENTRAL MUTUAL INSURANCE COMPANY, *et al*, | § § § § |
| Defendants. | § |

### ORDER OF DISMISSAL

In accordance with the Joint Stipulation of Dismissal with Prejudice, this action is DISMISSED with prejudice pursuant to Rule 41(a)(1)(A)(ii) and 41(c) of the Federal Rules of Civil Procedure as to Defendant Cruse and Dice Insurance Agency, only.

THIS IS A FINAL JUDGMENT.

The Clerk will enter this Order and provide all parties a true copy.

**SIGNED** on this __22nd__ day of July, 2016, at Houston, Texas.

_____
**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**