UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JIMMY L. BENNETT<br>　　　Plaintiff | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 4:16-cv-01737 |
| | § | |
| CENTRAL MUTUAL INSURANCE<br>COMPANY, CRUSE AND DICE<br>INSURANCE AGENCY AND JERRY LEE<br>GERRON<br>　　　Defendants | §<br>§<br>§<br>§<br>§<br>§ | |

## NOTICE OF SETTLEMENT

Defendant, Central Mutual Insurance Company (hereinafter referred to as "Central"), hereby advises the Court of the settlement reached by the parties.

1.

Central hereby advises the Court that all claims and causes of action between Plaintiff, Jimmy L. Bennett, and Defendants, Central Mutual Insurance Company and Jerry Lee Gerron, have been settled. The parties should be able to complete the settlement, and submit to the Court a joint motion to dismiss, and order of dismissal, within thirty days from today's date.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/S/Russell J. Bowman
　　　　　　　　　　　　　　　　　　Russell J. Bowman, Attorney in Charge
　　　　　　　　　　　　　　　　　　Texas State Bar No. 02751550
　　　　　　　　　　　　　　　　　　800 West Airport Freeway, Suite 860
　　　　　　　　　　　　　　　　　　Irving, Texas 75062
　　　　　　　　　　　　　　　　　　(214) 922-0220
　　　　　　　　　　　　　　　　　　(214) 922-0225 (FAX)
　　　　　　　　　　　　　　　　　　E-Mail: russelljbowman@sbcglobal.net
　　　　　　　　　　　　　　　　　　ATTORNEY FOR DEFENDANTS
　　　　　　　　　　　　　　　　　　CENTRAL MUTUAL INS. CO.
　　　　　　　　　　　　　　　　　　AND JERRY LEE GERRON

CERTIFICATE OF SERVICE

  This is to certify that on January 19, 2017, I electronically filed the foregoing document with the clerk of court for the U. S. District Court, Southern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means: Bryant Fitts and Carla Delpit, attorneys for Plaintiff.

                 /S/Russell J. Bowman
                 Russell J. Bowman